1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  E-mail: keggleton@wsgr.com
   E-mail: rstrickland@wsgr.com
7  E-mail: jostler@wsgr.com
   E-mail: flugo@wsgr.com
8
   Attorneys for Defendants BigBand Networks,
9  Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A.
   Ball, Gal Israely, Dean Gilbert, Kenneth E.
10 Goldman, Lloyd Carney, Bruce I. Sachs, Robert J.
   Sachs, and Geoffrey Y. Yang

11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, | CASE NO.: 07-05819 CRB |
| Plaintiff, | **DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH E. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, COWEN AND COMPANY LLC, and THINKEQUITY PARTNERS LLC, | (F.R.Civ.P. 7.1)<br>(N.D.L.R. 3-16) |
| Defendants. | |

DISCLOSURE STATEMENT
CASE NO. 07-05819 CRB

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that (1) BigBand Networks, Inc. ("BigBand") does not have a corporate parent; and (2) no public company owns 10% or more of BigBand stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 21, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: ___/s/ Joni Ostler_____
     Joni Ostler

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: jostler@wsgr.com

Attorneys for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth E. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang

# CERTIFICATE OF SERVICE

I, Rosemarie Dean, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (F.R.Civ.P.7.1) (N.D.I.R. 3-16)**

☒   By e-mail transmission on that date. This document was transmitted via e-mail to the following e-mail addresses as set forth below:

Michael C. Tu
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
E-mail: mtu@orrick.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on November 21, 2007.

_____
Rosemarie Dean