REED R. KATHREIN (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

LEWIS S. KAHN
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS, LLC<br><br>Defendants. | Case No. 3:07-CV-05101-SBA<br><br>RENOTICE OF MOTION FOR CONSOLIDATION, TO APPOINT GWYN JONES LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>DATE:    February 5, 2008<br>TIME:    1:00 P.M.<br>DEPT:    Courtroom 3, 3rd Floor |

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05168-MMC |
| 2 | ) ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN | |
| 6 | GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and | |
| 7 | GEOFFREY YANG ) | |
| 8 | Defendants. ) | |
| 9 | ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated, ) | Case No. 3:07-CV-05327-JSW |
| 10 | ) | |
| 11 | Plaintiff, ) | |
| 12 | v. ) | |
| 13 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, | |
| 14 | KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, | |
| 15 | GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | |
| 16 | MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and | |
| 17 | THINKEQUITY PARTNERS, LLC | |
| 18 | Defendants. ) | |
| 19 | DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05361-SI |
| 20 | ) | |
| 21 | Plaintiff, ) | |
| 22 | v. ) | |
| 23 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, and FREDERICK A. BALL | |
| 24 | ) | |
| 25 | Defendants. ) | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., and THINKEQUITY PARTNERS, LLC <br><br> Defendants. | Case No. 3:07-CV-05637-WHA |
| DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, RAN OZ, FREDERICK A. BALL, GAL ISRAELY, DEAN GILBERT, KENNETH A. GOLDMAN, LLOYD CARNEY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO., INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED, COWEN AND COMPANY, LLC and THINKEQUITY PARTNERS LLC, <br><br> Defendants. | Case No. 3:07-CV-05825-MHP |

| | |
|---|---|
| EUGENE HAMMER, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE SACHS, ROBERT SACHS, and GEOFFREY YANG<br><br>       Defendants. | Case No. 3:07-CV-05825-MHP |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Civil L.R. 7-2(a), Plaintiff Movant

3  Gwyn Jones hereby re-notices the hearing date for the Motion for Consolidation, to

4  Appoint Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection

5  of Counsel, filed with the Court on December 3, 2007, to **February 5, 2008 at 1:00 p.m.**

6  This motion was previously scheduled for January 22, 2008 at 1:00 p.m.

Dated: December 4, 2007        HAGENS BERMAN SOBOL SHAPIRO, LLP

By:  /s/ Reed R. Kathrein
      REED R. KATHREIN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street - Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41th Street – 12 Floor
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@kgscounsel.com

Attorneys for Plaintiff

## **DECLARATION OF SERVICE**

I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached **Electronic Mail Notice List**, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached **Manual Notice List**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of December 2007, at Berkeley, California.

                                                   /s/ Reed R. Kathrein
                                                   REED R. KATHREIN

# Mailing Information for a Case 4:07-cv-05101-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lewis Stephen Kahn**
  lewis.kahn@kglg.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:07-cv-05168-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Stephen Lyle Porter**
  slp@wpglaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert C. Finkel
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Natalie Mackiel
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
```

# Mailing Information for a Case 3:07-cv-05327-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:07-cv-05361-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nicholas J Licato
Scott + Scott LLP
600 B Street, Suite 1500
San Diego, CA 92101
```

# Mailing Information for a Case 3:07-cv-05637-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05819-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,amccook@saxenawhite.com,e-file@saxenawhite.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:07-cv-05825-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Laurence D. King**
  lking@kaplanfox.com,abailey@kaplanfox.com,agutierrez@kaplanfox.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,smgrossheim@locklaw.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Karen Hanson Riebel
Lockridge Grindal Nauen, P.L.L.P
100 Washington Avenue
Suite 2200
Minneapolis, MN 55402
```