1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, JR. State Bar No. 161934
2  JONI OSTLER, State Bar No. 230009
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6  E-mail: keggleton@wsgr.com
   E-mail: rstrickland@wsgr.com
7  E-mail: jostler@wsgr.com
   E-mail: flugo@wsgr.com
8
   Attorneys for Defendants BigBand Networks,
9  Inc., Amir Bassan-Eskenazi, Ran Oz,
   Frederick Ball, Gal Israely, Dean Gilbert,
10 Ken Goldman, Lloyd Carney, Bruce Sachs,
   Robert Sachs and Geoffrey Yang

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14  DEBRA L. BERNSTEIN, Individually and On  )   Case No. 07-05819 CRB
    Behalf of All Others Similarly Situated, )
15                                           )
              Plaintiff,                     )
16                                           )
           v.                                )   **STIPULATION AND [PROPOSED]**
17                                           )   **ORDER CONTINUING CASE**
    BIGBAND NETWORKS, INC., AMIR BASSAN-     )   **MANAGEMENT CONFERENCE**
18  ESKENAZI, RAN OZ, FREDERICK A. BALL,     )
    GAL ISRAELY, DEAN GILBERT, KENNETH A.    )
19  GOLDMAN, LLOYD CARNEY, BRUCE I.          )   CMC Date: February 22, 2008
    SACHS, ROBERT J. SACHS, GEOFFREY Y.      )   Time:     8:30 a.m.
20  YANG, MORGAN STANLEY & CO.               )   Before:   Hon. Charles R. Breyer
    INCORPORATED, JEFFERIES & COMPANY,       )
21  INC., MERRILL LYNCH, PIERCE, FENNER &    )
    SMITH INCORPORATED, COWEN AND            )
22  COMPANY LLC, and THINKEQUITY             )
    PARTNERS LLC,                            )
23                                           )
              Defendants.                    )
24                                           )

25

26

27

28

STIP RE CMC DATE
CASE NO. 3:07-CV-05819-CRB

1  WHEREAS, this case is a purported class action governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA");

3  WHEREAS, seven other substantially similar class actions are also pending in the Northern District of California:

*Mohanty v. Bassan-Eskenazi et al.*, No. C 07-5101-SBA, filed 10/3/07 (the "*Mohanty* Action");

*Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07;

*Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-MMC, filed 10/18/07;

*Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;

*Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;

*Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-SI, filed 11/16/07; and

*Wiltjer v. BigBand Networks, Inc., et al.*, No. C 08-22-CRB, removed on 1/2/08.

WHEREAS, on December 3, 2007, two motions to consolidate all these similar actions and for appointment as Lead Plaintiff pursuant to Section 21(D) of the PSLRA were filed in the first-filed *Mohanty* Action (*Mohanty* Action Docket Nos. 12, 15), and are under consideration before the Honorable Saundra B. Armstrong;

WHEREAS, because no lead plaintiff has been appointed who can speak for the plaintiff class, and because this case will, in all likelihood, be consolidated with the other above-listed cases and transferred to Judge Saundra B. Armstrong, the parties agree that the Case Management Conference currently scheduled for February 22, 2008 at 8:30 a.m. would be premature at this time;

IT IS HEREBY STIPULATED AND AGREED, by Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC, and ThinkEquity Partners LLC, and plaintiff Debra L. Bernstein, that the Case Management Conference currently scheduled for February 22, 2008 at 8:30 a.m. should be taken off calendar and rescheduled at another time convenient for the Court after a lead plaintiff has

1  been appointed who can speak for the plaintiff class, in the event that this case is not transferred
2  to Judge Saundra B. Armstrong.

3  Dated: February 12, 2008           WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation
4
                                       By:  _____/s/ Joni Ostler_____
5                                                Joni Ostler

6                                      *Counsel for Defendants BigBand Networks, Inc.,
                                       Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,
7                                      Gal Israely, Dean Gilbert, Ken Goldman, Lloyd
                                       Carney, Bruce Sachs, Robert Sachs and Geoffrey
8                                      Yang*

9  Dated: February 12, 2008           SAXENA WHITE P.A.

10                                     By:  _____/s/ Lester R. Hooker_____
                                             Lester R. Hooker
11                                     2424 N. Federal Highway
                                       Suite 257
12                                     Boca Raton, FL 33431
                                       Tel.: (561) 394-3399
13                                     Fax: (561) 394-3382
                                       Email: lhooker@saxenawhite.com
14
                                       *Counsel for Plaintiff Debra L. Bernstein*
15
    Dated:  February 12, 2008          ORRICK HERRINGTON & SUTCLIFFE LLP
16
                                       By:  _____/s/ Michael C. Tu_____
17                                           Michael C. Tu
                                       777 South Figueroa Street
18                                     Suite 3200
                                       Los Angeles, CA  90017-5855
19                                     Tel.: (213) 629-2020
                                       Fax: (213) 612-2499
20                                     Email: mtu@orrick.com

21                                     Robert P. Varian
                                       ORRICK HERRINGTON & SUTCLIFFE LLP
22                                     405 Howard Street
                                       San Francisco, CA  94105-2669
23                                     Tel.: (415) 773-5934
                                       Fax: (415) 773-5759
24                                     Email: rvarian@orrick.com
25
                                       *Counsel for Defendants Morgan Stanley & Co.
26                                     Incorporated, Merrill Lynch, Pierce, Fenner &
                                       Smith Incorporated, Jefferies & Company, Inc.,
27                                     Cowen and Company, LLC and ThinkEquity
                                       Partners LLC*
28

1   ORDER

2       Pursuant to Stipulation, it is hereby ordered that the Case Management Conference

3   currently scheduled for February 22, 2008 at 8:30 a.m. should be taken off calendar and

4   rescheduled at _____.

5

6   Dated: _____

                                                   The Honorable Charles R. Breyer

7                                                      United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Lester R. Hooker and Michael C. Tu have concurred in this filing.

Dated: February 12, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Joni Ostler
           Joni Ostler

STIP RE CMC DATE                           -5-
CASE NO. 3:07-CV-05819-CRB