1   ROBERT P. VARIAN (State Bar No. 107459)
    REBECCA F. LUBENS (State Bar No. 240683)
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
3   405 Howard Street
    San Francisco, CA  94105-2669
4   Telephone:    (415) 773-5700
    Facsimile:    (415) 773-5759
5   Emails:       rvarian@orrick.com
                  rlubens@orrick.com
6
    MICHAEL C. TU (State Bar No. 186793)
7   TEODORA E. MANOLOVA (State Bar No. 233333)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
8   777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017-5855
9   Telephone:    (213) 629-2020
    Facsimile:    (213) 612-2499
10  Emails:       mtu@orrick.com
                  tmanolova@orrick.com
11
    Attorneys for Defendants
12  Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
    Fenner & Smith Incorporated, Jefferies & Company, Inc.,
13  Cowen & Company, LLC and ThinkEquity Partners LLC

14

15                      **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17                        **SAN FRANCISCO DIVISION**

18  DEBRA L. BERNSTEIN, Individually and On        Case No. 07-CV-05819 CRB
    Behalf of All Others Similarly Situated,
19
                    Plaintiff,                     CLASS ACTION
20
            v.                                     **CORPORATE DISCLOSURE**
21                                                 **STATEMENT AND CERTIFICATION**
    BIGBAND NETWORKS, INC., AMIR                   **OF INTERESTED PERSONS OR**
22  BASSAN-ESKENAZI, RAN OZ, FREDERICK             **ENTITIES**
    A. BALL, GAL ISRAELY, DEAN GILBERT,
23  KENNETH A. GOLDMAN, LLOYD CARNEY,              **(Fed. R. Civ. P. 7.1)**
    BRUCE I. SACHS, ROBERT J. SACHS,               **(N.D.L.R. 3-16)**
24  GEOFFREY Y. YANG, MORGAN STANLEY
    & CO. INCORPORATED, JEFFERIES &
25  COMPANY, INC., MERRILL LYNCH,
    PIERCE, FENNER & SMITH
26  INCORPORATED, COWEN AND COMPANY
    LLC and THINKEQUITY PARTNERS LLC,
27
                    Defendants.
28

OHS West:260384346.1

1        Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District Local Rule 3-16, the

2 undersigned certifies, based on currently available information and belief, that the following listed

3 parties may have a pecuniary interest in the outcome of this case. These representations are made

4 to enable the Court to evaluate possible disqualification or recusal:

5      1.    Morgan Stanley & Co. Incorporated has a parent corporation. Morgan Stanley & Co.

6            Incorporated is a wholly-owned subsidiary of Morgan Stanley.

7      2.    Merrill Lynch, Pierce, Fenner & Smith Incorporated has a parent corporation. Merrill

8            Lynch, Pierce, Fenner & Smith Incorporated is a wholly-owned subsidiary of Merrill

9            Lynch & Co., Inc.

10     3.    Jefferies & Company, Inc. has a parent corporation. Jefferies & Company, Inc. is a

11           wholly-owned subsidiary of Jefferies Group, Inc.

12     4.    Cowen and Company, LLC is a wholly-owned subsidiary of Cowen Group, Inc., which

13           is publicly traded on NASDAQ at "COWN" and no corporation holds 10% or more of

14           the stock of Cowen Group, Inc., except Bank of America Corporation and certain of its

15           entities.

16     5.    ThinkEquity Partners LLC has a parent corporation. ThinkEquity Partners LLC is a

17           wholly-owned subsidiary of Panmure Gordon & Co.

18        As of this date, other than the named parties and disclosed entities, there is no entity or

19 party with an interest that could be substantially affected by the outcome of the proceeding.

20 Dated: February 12, 2008           Respectfully submitted,

21                        ORRICK, HERRINGTON & SUTCLIFFE LLP

22

23                        By:        */s/ Michael C. Tu*
                                       Michael C. Tu

24                        Attorneys for Defendants
                           Morgan Stanley & Co. Incorporated, Merrill

25                        Lynch, Pierce, Fenner & Smith Incorporated,
                           Jefferies & Company, Inc., Cowen & Company,

26                        LLC and ThinkEquity Partners LLC

27

28

OHS West:260384346.1