1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS LLC <br><br> Defendants. | Case No. 3:07-CV-05101-SBA <br><br> **STIPULATION AND ORDER REGARDING CONSOLIDATION AND SCHEDULING** |

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-
05819 CRB, 07-5825-MHP

| | | |
|---|---|---|
| 1 | DENNIS KOESTERER, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05168-MMC |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCH SACHS, ROBERT SACHS, and GEOFFREY YANG ) | |
| 6 | ) | |
| 7 | ) | |
| 8 | Defendants. ) | |
| 9 | ABRENA WINSTON, Individually and On Behalf of All Others Similarly Situated, ) | Case No. 3:07-CV-05327-MMC |
| 10 | ) | |
| 11 | Plaintiff, ) | |
| 12 | v. ) | |
| 13 | BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., COWEN AND CO., JEFFERIES & CO., and THINKEQUITY PARTNERS LLC ) | |
| 14 | ) | |
| 15 | ) | |
| 16 | ) | |
| 17 | ) | |
| 18 | Defendants. ) | |
| 19 | DONALD SMITH, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05361-SI |
| 20 | ) | |
| 21 | Plaintiff, ) | |
| 22 | v. ) | |
| 23 | BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, and FREDERICK A. BALL ) | |
| 24 | ) | |
| 25 | Defendants. ) | |

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

| | | |
|---|---|---|
| 1 | WAYNE LUZON, On Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:07-CV-05637-WHA |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN- ) EZKENAZI, RAN OZ, FREDERICK BALL, GAL ) ISRAELY, DEAN GILBERT, KEN GOLDMAN, ) | |
| 6 | LLOYD CARNEY, BRUCE SACHS, ROBERT ) SACHS, GEOFFREY YANG, MORGAN ) | |
| 7 | STANLEY & CO., INC., MERRILL LYNCH, ) PIERCE, FENNER & SMITH, INC., JEFFERIES ) | |
| 8 | & CO., INC., COWEN AND CO., INC., and ) THINKEQUITY PARTNERS LLC ) | |
| 9 | ) Defendants. ) | |
| 10 | ) | |
| 11 | DEBRA L. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, ) | Case No. 07-05819 CRB |
| 12 | ) Plaintiff, ) | |
| 13 | ) v. ) | |
| 14 | ) BIGBAND NETWORKS, INC., AMIR BASSAN- ) EZKENAZI, RAN OZ, FREDERICK A. BALL, ) | |
| 15 | GAL ISRAELY, DEAN GILBERT, KENNETH E. ) GOLDMAN, LLOYD CARNEY, BRUCE I. ) | |
| 16 | SACHS, ROBERT J. SACHS, GEOFFREY Y. ) YANG, MORGAN STANLEY & CO. ) | |
| 17 | INCORPORATED, JEFFERIES & COMPANY, ) INC., MERRILL LYNCH, PIERCE, FENNER & ) | |
| 18 | SMITH INCORPORATED, COWEN AND ) COMPANY LLC, and THINKEQUITY ) | |
| 19 | PARTNERS LLC, ) ) | |
| 20 | Defendants. ) ) | |

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819 CRB, 07-5825-MHP

| | | |
|---|---|---|
| 1 | _____<br>EUGENE L. HAMMER, On Behalf of Himself )<br>and All Others Similarly Situated, ) | Case No. 07-5825-MHP |
| 2 | ) | |
| 3 | Plaintiff, ) | |
| 4 | v. ) | |
| 5 | BIGBAND NETWORKS, INC., AMIR BASSAN- )<br>EZKENAZI, RAN OZ, FREDERICK A. BALL, ) | |
| 6 | RAN OZ, LLOYD CARNEY, DEAN GILBERT, )<br>KEN GOLDMAN, GAL ISRAELY, BRUCE I. ) | |
| 7 | SACHS, ROBERT J. SACHS and GEOFFREY Y. )<br>YANG, ) | |
| 8 | Defendants. ) | |
| 9 | ) | |
| 10 | _____) | |

STIP AND [PROPOSED] ORDER RE
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

The parties hereby stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1. The following actions are related cases:

- *Mohanty v. Bassan-Eskenazki et al.*, No. C 07-5101-SBA, filed 10/03/07;
- *Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-MMC, filed 10/09/07;
- *Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-JSW, filed 10/18/07;
- *Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07;
- *Luzon v. BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07;
- *Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07; and
- *Hammer v. BigBand Networks, Inc., et al.*, No. C 07-5825-MHP, filed 11/16/07.

Pursuant to Federal Rules of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. 07-cv-5101-SBA, for all purposes, including pretrial proceedings, trial, and appeal. The consolidated action shall be captioned: "*In re BigBand Networks, Inc. Securities Litigation.*"

2. Undersigned counsel for BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, and undersigned counsel for Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC, and ThinkEquity Partners LLC (all collectively, "Defendants") are authorized to accept, and hereby accept, service of all complaints and summonses in the above-captioned matters pursuant to Federal Rule of Civil Procedure 4(d).

3. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is served on the party's counsel.

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

**MASTER DOCKET AND CAPTION**

5. The docket in Civil Action No. 07-cv-5101-SBA shall constitute the Master Docket for this action.

6. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| In re BIGBAND NETWORKS, INC. SECURITIES LITIGATION ) ) ———————————————————— ) ) This Document Relates To: ) ) ———————————————————— ) | Master File No. 07-cv-5101-SBA <br><br> CLASS ACTION |

7. The file in Case No. 07-cv-5101-SBA shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To". When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

8. The parties shall file a notice of related cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a. place a copy of this Order in the separate file for such action;

    b. serve on plaintiff's counsel in the new case a copy of this Order;

    c. direct that this Order be served upon defendants in the new case; and

    d. make the appropriate entry in the Master Docket.

**LEAD PLAINTIFF'S COUNSEL**

9. After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3), Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations. Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead Plaintiff's Counsel shall be responsible for communications with the Court on behalf of Plaintiffs. Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel, and service upon Lead Plaintiff's Counsel shall be deemed sufficient to effect service on all plaintiffs.

10. Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel. Such agreements shall be binding on all plaintiffs.

**PLEADINGS AND MOTIONS**

11. Following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel, the parties shall meet and confer and submit a mutually agreeable schedule for the filing of a consolidated complaint (or designation of an operative complaint), as well as for the briefing and hearing of responses thereto. The consolidated or operative complaint shall supersede all complaints filed in any of the actions consolidated herein.

12. Defendants are not required to respond to the complaint in any action consolidated into this action, other than the consolidated complaint filed by the Lead Plaintiff or a complaint designated as the operative complaint by the Lead Plaintiff.

13. The above-captioned cases have been designated for this Court's Electronic Case Filing Program, and all pleadings and papers shall be electronically served in accordance with the Local Rules and General Orders of this Court regarding Electronic Case Filing. To the extent that any papers are not electronically filed, the Defendants and the Lead Plaintiff shall serve all such papers on each other by hand, by overnight delivery, or facsimile, unless otherwise agreed upon. Notwithstanding the foregoing, and paragraph 9 above, in the event

1  that Defendants elect to serve plaintiffs' counsel, other than Lead Plaintiff's Counsel, they may
2  do so by first class mail, unless otherwise agreed upon by the parties.
3      IT IS SO STIPULATED.

4  Dated: November 15, 2007         HAGENS BERMAN SOBOL SHAPIRO LLP

5                                   By:      /s/ Reed Kathrein
                                         Reed R. Kathrein
6                                    715 Hearst Avenue, Suite 2092
                                     Berkeley, CA  94710
7                                    Tel.: (510) 725-3000
                                     Fax: (510) 725-3001
8                                    Email: reed@hbsslaw.com

9                                    Steve Berman
                                     HAGENS BERMAN SOBOL SHAPIRO LLP
10                                   1301 Fifth Avenue, Suite 2900
                                     Seattle, WA  98101
11                                   Tel.: (206) 623-7292
                                     Fax: (206) 623-0594
12
                                     *Counsel for Plaintiff Bikash Mohan Mohanty*
13
                                     LEWIS KAHN
14                                   KAHN GAUTHER SWICK LLC
                                     650 Poydras Street – Suite 2150
15                                   New Orleans, LA  70130
                                     Tel.: (504) 455-1400
16                                   Fax: (504) 455-1498
                                     Email: Lewis.kahn@kgscounsel.com
17
                                     *Additional counsel for Plaintiff Bikash Mohan*
18                                   *Mohanty*

19  Dated: November 15, 2007         WHITEHEAD & PORTER LLP

20                                   By:      /s/ Stephen L. Porter
                                         Stephen L. Porter
21                                   220 Montgomery, Suite 1850
                                     San Francisco, CA  94104
22                                   Tel.: (415) 781-6070

23                                   *Local Counsel for Plaintiff Dennis Koesterer*

24                                   ROBERT C. FINKEL
                                     NATALIE MACKIEL
25                                   WOLF POPPER LLP
                                     845 Third Avenue
26                                   New York, NY  10022
                                     Tel.: (212) 759-4600
27                                   Fax: (212) 486-2093

28                                   *Counsel for Plaintiff Dennis Koesterer*

STIP AND [PROPOSED] ORDER RE            -4-
CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-
5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819
CRB, 07-5825-MHP

| | |
|---|---|
| Dated: November 16, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| | By:  /s/ Alan R. Plutzik  <br>Alan R. Plutzik<br>L. Timothy Fisher<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA  94598<br>Tel.: (925) 945-0770<br>Fax: (925) 945-8792 |
| | *Counsel for Plaintiff Abrena Winston* |
| Dated: November 15, 2007 | SCOTT + SCOTT LLP |
| | By:  /s/ Nicholas J. Licato  <br>Nicholas J. Licato<br>Arthur L. Shingler<br>600 B. Street, Suite 1500<br>San Diego, CA  92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508<br>Email: ashingler@scott-scott.com |
| | David R. Scott<br>SCOTT + SCOTT LLP<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel.: (860) 537-5537<br>Fax: (860) 537-4432<br>Email: drscott@scott-scott.com |
| | *Counsel for Plaintiff Donald Smith* |
| Dated: November 14, 2007 | FINKELSTEIN THOMPSON LLP |
| | By:  /s/ Mark Punzalan  <br>Mark Punzalan<br>C. P. Bartholomew<br>100 Bush Street, Suite 1450<br>San Francisco, CA  94104<br>Tel.: (415) 398-8700<br>Fax: (415) 398-8704<br>Email: cpbartholomew@finkelsteinthompson.com<br>Email: mpunzalan@finkelsteinsthompson.com |
| | *Counsel for Plaintiff Wayne Luzon* |

STIP AND [PROPOSED] ORDER RE CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819 CRB, 07-5825-MHP

-5-

| | | |
|---|---|---|
| 1 | Dated: November 16, 2007 | SAXENA WHITE P.A. |
| 2 | | By:       /s/ Lester R. Hooker |
| | | Lester R. Hooker |
| 3 | | 2424 N. Federal Highway |
| | | Suite 257 |
| 4 | | Boca Raton, FL 33431 |
| | | Tel.: (561) 394-3399 |
| 5 | | Fax: (561) 394-3382 |
| | | Email: lhooker@saxenawhite.com |
| 6 | | |
| 7 | | *Counsel for Plaintiff Debra L. Bernstein* |
| 8 | Dated: November 20, 2007 | KAPLAN FOX & KILSHEIMER LLP |
| 9 | | By:       /s/ Laurence D. King |
| | | Laurence D. King |
| 10 | | 350 Sansome Street, Suite 400 |
| | | San Francisco, CA  94104 |
| 11 | | Tel.: (415) 772-4700 |
| | | Fax: (415) 772-4707 |
| 12 | | Email: lking@kaplanfox.com |
| 13 | | LOCKRIDGE GRINDAL NAUEN, P.L.L.P. |
| | | Karen H. Riebel |
| 14 | | Elizabeth R. Odette |
| | | 100 Washington Avenue, Suite 2200 |
| 15 | | Minneapolis, MN  55402 |
| | | Tel.: (612) 339-6900 |
| 16 | | Fax: (612) 339-0981 |
| | | Email: khriebel@locklaw.com |
| 17 | | Email: erodette@locklaw.com |
| 18 | | *Counsel for Plaintiff Eugene L. Hammer* |
| 19 | Dated:  November 14, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| 20 | | |
| | | By:      /s/ Keith Eggleton |
| 21 | | Keith Eggleton |
| | | Rodney Strickland |
| 22 | | Joni Ostler |
| | | 650 Page Mill Road |
| 23 | | Palo Alto, CA  94304 |
| | | Tel.: (650) 493-9300 |
| 24 | | Fax: (650) 493-6811 |
| | | Email: keggleton@wsgr.com |
| 25 | | Email: rstrickland@wsgr.com |
| 26 | | *Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang* |
| 27 | | |
| 28 | | |

STIP AND [PROPOSED] ORDER RE CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819 CRB, 07-5825-MHP

-6-

| | | |
|---|---|---|
| 1 | Dated: November 15, 2007 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 2 | | By:  _____/s/ Michael C. Tu_____ |
| | | Michael C. Tu |
| 3 | | 777 South Figueroa Street |
| | | Suite 3200 |
| 4 | | Los Angeles, CA  90017-5855 |
| | | Tel.: (213) 629-2020 |
| 5 | | Fax: (213) 612-2499 |
| | | Email: mtu@orrick.com |
| 6 | | |
| 7 | | Robert P. Varian |
| | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 8 | | 405 Howard Street |
| | | San Francisco, CA  94105-2669 |
| | | Tel.: **(**415) 773-5934 |
| 9 | | Fax: (415) 773-5759 |
| 10 | | Email: rvarian@orrick.com |

*Counsel for Defendants Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC*

### **ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

2/13/08                    _____/s/ Saundra B. Armstrong_____
                           The Honorable Saundra B. Armstrong
                           United States District Judge

STIP AND [PROPOSED] ORDER RE CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819 CRB, 07-5825-MHP

-7-

## ATTESTATION

I, Joni Ostler, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING. In compliance with General Order 45.X.B, I hereby attest that the above-listed counsel, Reed Kathrein, Stephen L. Porter, Alan R. Plutzik, Nicholas J. Licato, Mark Punzalan, Lester R. Hooker, Laurence D. King, Keith Eggleton and Michael C. Tu, have all concurred in this filing.

Dated:  November 21, 2007    WILSON SONSINI GOODRICH & ROSATI

By: /s/ Joni Ostler
Joni Ostler
650 Page Mill Road
Palo Alto, CA  94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
Email: jostler@wsgr.com

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyrd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang*

STIP AND [PROPOSED] ORDER RE CONSOLIDATION & SCHEDULING
CASE NOS. 07-5101-SBA, 07-5168-MMC, 07-5327-JSW, 07-5361-SI, 07-5637-WHA, 07-5819 CRB, 07-5825-MHP

-8-

# CERTIFICATE OF SERVICE

I, Rosemarie Dean, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING**

☒    By e-mail transmission on that date. This document was transmitted via e-mail to the following e-mail addresses as set forth below:

Michael C. Tu
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
E-mail:  mtu@orrick.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on November 21, 2007.

/s/  Rosemarie Dean
Rosemarie Dean